# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01421-AP

HOWARD B. LEVENTHAL,

Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant.
_____

# JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES
_____

1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| Devon A. McFarland<br>116 S. Walnut Street<br>Trinidad, CO 81082<br>719-846-4480<br>devonmcf@rmi.net | TROY A. EID<br>United States Attorney<br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>Debra J. Meachum<br>Special Assistant United States Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado 80294<br>(303) 844-1570<br>(303) 844-0770 (facsimile)<br>debra.meachum@ssa.gov |

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

### 3. DATES OF FILING OF RELEVANT PLEADINGS

**A. Date Complaint Was Filed:** 07/08/08
**B. Date Complaint Was Served on U.S. Attorney's Office:** 08/11/08
**C. Date Answer and Administrative Record Were Filed:** 10/9/08

### 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

**A.** Plaintiff states that the administrative record appears to be missing at least one document forwarded to the Appeals Council in July, 2004. Plaintiff's attorney is in ongoing discussions with the U.S. attorney in regard to supplementing the record concerning this exhibit and any others which upon discovery might be missing. However, at this time, after review of the record, it appears that no other exhibits are missing.

**B.** Defendant agrees with the above statements and states that the administrative record is otherwise adequate.

### 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

**A.** Plaintiff does not intend to submit additional evidence except as indicated at #4:
Plaintiff may submit by appropriate motion for consideration an exhibit apparently missing from the administrative record and is working with Defendant's counsel in this regard.

**B.** Defendant does not intend to submit additional evidence. Defendant reserves the right to respond to any additional evidence that Plaintiff submits.

### 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

**A.** Plaintiff states that this case does not raise any unusual claims or defenses.
**B.** Defendant, to the best of his knowledge, states that this case does not raise any unusual claims or defenses in this case.

### 7. OTHER MATTERS

**A**. Plaintiff states that there are no other matters except as indicated above.
**B.** Defendant states that there are no other matters.

### 8. BRIEFING SCHEDULE
**A. Plaintiffs Opening Brief Due:** 12/10/08
**B. Defendant's Response Brief Due:** 01/10/09
**C. Plaintiffs Reply Brief (If Any) Due:** 01/25/09

### 9. STATEMENTS REGARDING ORAL ARGUMENT

**A. Plaintiffs Statement:** Plaintiff does not request oral argument.
**B. Defendant's Statement:** Defendant does not request oral argument.

### 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

### 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1© BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

### 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The Plan may be altered or amended only upon a showing of good cause.

DATED this 31st day of October, 2008.

>                    BY THE COURT:
>
>                    *s/John L. Kane*
>                    U.S. DISTRICT COURT JUDGE

APPROVED:

For Plaintiff:

s/Devon A. McFarland
Devon A. McFarland
116 S. Walnut Street
Trinidad, CO 81082
719-846-4480
devonmcf@rmi.net

For Defendant:

TROY A. EID
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.Traskos@usdoj.gov

s/ Debra J. Meachum
Debra J. Meachum
Special Assistant U.S. Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-1570
Debra.meachum@ssa.gov