IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-01421-MSK

HOWARD B. LEVENTHAL,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## ORDER SETTING ORAL ARGUMENT

THIS MATTER comes before the Court following review of the file, administrative record and briefs submitted,

**IT IS THEREFORE ORDERED** that a **one hour** oral argument hearing will be held on **November 24, 2009,** at **4:00 p.m.**, in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. **Oral argument will be limited to 15 minutes per side.**

DATED this 28th day of January, 2009.

                                        **BY THE COURT:**

                                        */s/ Marcia S. Krieger*

                                        Marcia S. Krieger
                                        United States District Judge